UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 13, 2016
David J. Bradley, Clerk

| | | |
|---|---|---|
| Angela Jordan, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-16-511 |
| Standard Insurance Company, et al., | § § § | |
| Defendants. | § | |

# Final Dismissal

1. Having been advised that a settlement has been reached, the court dismisses this case with prejudice.

2. The court retains jurisdiction to enforce the settlement.

Signed on July 13, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge